UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS WOLF and LEE-ELLEN WOLF,

        Plaintiffs,

-against-

JAMES MILLER MARINE SERVICES, INC., MILLER'S LAUNCH, INC., GODZILLA OCEAN LTD., FIRST MARINE SERVICE CO., DAMPSKIBSSELSKABET NORDEN A/S, and M/V SPRING HAWK, now known as M/V BLUE SAND, her engines, tackle and appurtenances, *in rem*,

        Defendants.
-------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT,

OF

MILLER'S LAUNCH, INC., as owner of the M/V NICHOLAS MILLER 33 foot, 1992 Breaux Bay Craft, Crew Boat for exoneration from or limitation of liability,

        Petitioner.
-------------------------------------------------------------X
THOMAS WOLF,

        Defendant/Claimant/
        Third-Party Plaintiff,

-against-

GODZILLA OCEAN LTD., FIRST MARINE SERVICE CO. DAMPSKIBSSELSKABET NORDEN A/S, and M/V SPRING HAWK, now known as M/V BLUE SAND, her engines, tackle and appurtenances, *in rem*,

        Third-Party Defendants.
-------------------------------------------------------------X

Civil Action No:
08 Civ. 3636 (KAM) (RER)

08 Civ. 4799 (KAM) (RER)

**REVISED**
**SCHEDULING ORDER**

Upon consent of the parties, it is hereby **ORDERED** as follows:

1. The deposition of Glenn Miller shall occur on or before June 4, 2010.

2. Plaintiff Wolf's liability expert shall be provided access to the "Nicholas Miller" to inspect, measure and/or photograph on or before May 28, 2010.

2. Defendants Godzilla Ocean Ltd. and First Marine Service Co. shall provide written responses to discovery demands on or before June 1, 2010.

3. The depositions of crewmembers of the M/V Spring Hawk on the date of incident shall occur telephonically on or before June 10, 2010. In the event these depositions cannot be arranged by then, and in the event the "Spring Hawk" interests intend to present any of these witnesses at trial, or to obtain affidavits for use in any motion, such witness(es) shall be produced for deposition prior to the court considering any such testimony or affidavits.

4. Plaintiff Thomas Wolf shall provide expert witness disclosure on or before July 1, 2010.

5. Expert witness disclosures of the Miller and Godzilla/First Marine parties shall occur on or before July 31, 2010.

6. Plaintiff Thomas Wolf shall provide expert witness reply disclosure on or before August 15, 2010.

7. All discovery, including deposition of experts, shall be completed on or before September 15, 2010.

8. Pre-motion letters regarding proposed dispositive motions must be submitted by September 15, 2010.

9.  A Final Pre-trial conference will be held on ___9/16/10 @ 10:00a___.

*(The court will schedule the conference listed above.)

Dated:   Brooklyn, New York
         ___5/19___, 2010

                                    _____
                                    **RAMON E. REYES, JR.**
                                    **UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff/Defendant/Claimant THOMAS WOLF

By: _____
        Andrew V. Buchsbaum (AB-6475)
        132 Nassau Street, Suite 900
        New York, New York 10038
        E-mail: abuchsbaum@friedmanjames.com
        Tel: 212-233-9385
        Fax: 212-619-2340

RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Plaintiff/Petitioner/Defendants Miller's Launch,
Inc. and James Miller Marine Services, Inc.

By: _____
        RICHARD GONZALEZ (RG 9291)
        ~~James E. Mercante (JM-    )~~
        292 Madison Avenue, 11th Floor
        New York, NY   10017
        Tel:  (212) 953-2381
        Fax: (212) 953-2462

NOURSE & BOWLES, LLP
Attorneys for Defendants and Third-Party Defendants
Godzilla Ocean Ltd. and First Marine Service Co.

By: _____
        Lawrence J. Bowles (LB-5959)
        One Exchange Plaza at 55 Broadway
        New York, New York 10006
        Tel:  (212) 952-6200
        Fax: (212) 952-0345

3